UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-06983-VAP-JPRx | Date | October 14, 2020 |

Title  *Brendem Plong et al v. Countrywide Home Loans, Inc. et al*

Present: The Honorable   VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Christine Chung | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present                            None Present

**Proceedings:** **MINUTE ORDER RE: MOTIONS TO DISMISS COMPLAINT (IN CHAMBERS)**

Before the Court are a Motion to Dismiss Complaint filed by Defendants Bank of America, N.A. and Countrywide Home Loans, Inc. (Dkt. 13) and a Motion to Dismiss Complaint filed by Defendants Nationstar Mortgage LLC and Mortgage Electronic Registration Systems, Inc. (Dkt. 16). Pursuant to Local Rule 7-9, Plaintiffs' opposition(s) to the Motions were due to be filed by September 28, 2020. To date, no opposition has been filed. On September 25, 2020, the Court took the matter under submission and vacated the October 19, 2020 hearings. (Dkt. 29).

Local Rule 7-12 states that "failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." *Kristensen v. Expansion Capital Grp., LLC*, No. 2:16-cv-00982-JFW-JEMx, 2016 WL 10988570, at *1 (C.D. Cal. July 19, 2016) (holding failure to oppose a motion to dismiss was grounds for dismissal pursuant to Local Rule 7-12). Accordingly, the Court deems Plaintiffs' failure to file an opposition as consent to the granting of Defendants' Motions. The Court therefore GRANTS the Motions to Dismiss Complaint without prejudice.

**IT IS SO ORDERED.**