JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brendem Plong, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>Countrywide Home Loans, Inc., et al.,<br><br>   Defendants | 2:20-cv-06983-VAP-JPRx<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Defendants' Motions to Dismiss, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:    10/14/20

Virginia A. Phillips
United States District Judge